**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| ROSS SMILLIE,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH,<br><br>          Defendant. | Case No.:  CV 12-05083-GW(PLAx)<br><br>**JUDGMENT RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |
| AND ALL CONSOLIDATED ACTIONS | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Court has carefully reviewed the parties' concurrently-filed Stipulation Re Approval of Settlement Agreement and Dismissal with Prejudice ("Stipulation") and the settlement agreement ("Settlement Agreement") attached as Exhibit "A" to the Stipulation in *Joe Battle v. City of Long Beach*, CV 12-5055-GW(PLAx);

    2.    The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all aspects to Plaintiffs Joe Battle,

1  Anthony Lembi, Steve Lowe, Richard Birdsall, Alberto Vargas, John Lembi,
2  Robert Schroeder, Ross Smillie and Michael Dapello (collectively, "Plaintiffs")
3  and the parties shall perform the Settlement Agreement in accordance with its
4  terms;

5    3.    The Court reserves jurisdiction with respect to this consolidated action
6  for the purposes of enforcing the Settlement Agreement; and

7    4.    This consolidated action is hereby dismissed in its entirety with
8  prejudice.

DATED: June 5, 2014  _____
HON. GEORGE H. WU, U.S. District Judge

2

PROPOSED JUDGMENT RE APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSAL WITH
PREJUDICE